**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ X
OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, :
: Case No. 1:11-cv-08066-JGK
:
Plaintiff, : ECF Case
:
-against- :
:
U.S. BANK NATIONAL ASSOCIATION, :
:
Defendant. :
------------------------------------------------------------------------ X

**NOTICE OF MOTION OF DEFENDANT U.S. BANK NATIONAL ASSOCIATION TO DISMISS PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that Defendant U.S. Bank National Association (the "Trustee"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Local Rules of the Southern District of New York and the Individual Practices of this Court, and upon: (1) the accompanying Memorandum of Law; and (2) the Declaration of Marc J. Shanker, Esq., moves to be heard before the Honorable John G. Koeltl, United States District Court Judge, on a date and at a time designated by the Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order granting the Trustee's Motion to Dismiss the Corrected Second Amended Class Action Complaint of Plaintiff Oklahoma Police Pension and Retirement System ("Plaintiff") with prejudice.

-2-

Dated: New York, New York
       June 5, 2012

                                   MORGAN, LEWIS & BOCKIUS LLP

                                   /s/ Michael S. Kraut
                                     Michael S. Kraut
                                 101 Park Avenue
                                 New York, NY  10178
                                 Tel:  (212) 309-6000
                                 Fax: (212) 309-6001