UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM,<br><br>             Plaintiff,<br><br>- against -<br><br>U.S. BANK NATIONAL ASSOCIATION (as Trustee Under Various Pooling and Servicing Agreements),<br><br>             Defendant. | Case No. 1:11-CV-08066-JGK |

**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF THE SETTLEMENT, (II) CERTIFICATION OF THE CLASS FOR PURPOSES OF SETTLEMENT, (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS, AND (IV) SCHEDULING OF FINAL SETTLEMENT APPROVAL HEARING**

**PLEASE TAKE NOTICE** that Plaintiff Oklahoma Police Pension and Retirement System ("Oklahoma"), on behalf of itself and the Settlement Class, in the above-captioned action, through counsel, hereby moves this Court before the Honorable John G. Koeltl, for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure for: (i) preliminary approval of the proposed Settlement embodied in the Stipulation of Settlement dated December 17, 2014 (the "Stipulation"); (ii) certification of the proposed Settlement Class for purposes of the Settlement with Defendant; (iii) approval of the form and manner of notice to putative Settlement Class members; (iv) the scheduling of a hearing (the "Final Approval Hearing") on final approval of the Settlement and Plaintiff's Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses; and (v) such other and further relief as the Court deems just and proper. Defendant does not oppose this Motion.

Dated:       New York, New York
               December 17, 2014

Respectfully submitted,

**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**

 */s/ Deborah Clark-Weintraub*
Deborah Clark-Weintraub
Max Schwartz
Donald Broggi
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Tel.: (212) 223-6444
Fax: (212) 223-6334
Email: dweintraub@scott-scott.com
           mschwartz@scott-scott.com
           dbroggi@scott-scott.com

*Counsel for Plaintiff Oklahoma Police Pension and Retirement System*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 17, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                                              **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**

                                              */s/ Deborah Clark-Weintraub*
                                              Deborah Clark-Weintraub