UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OKLAHOMA POLICE PENSION
and RETIREMENT SYSTEM,

                    Plaintiff,

      -against-

U.S. BANK NATIONAL ASSOCIATION,
                    Defendants.
------------------------------------------------------------X

11 civ 8066 (JGK)

**ORDER**

A conference on the motion for preliminary approval of the settlement will be held on **Friday, January 17, 2015, at 2:30pm.**

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       December 19, 2014