

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED. __1-14-15__

**MAX SCHWARTZ**

Writer's Direct Dial Number
(646) 571-0613

Writer's Direct Email Address
mschwartz@scott-scott.com

January 8, 2015

**VIA ECF**

The Honorable John G. Koeltl
United States District Court Judge
Daniel Patrick Moynihan
United States Court House
500 Pearl Street
New York, NY 10007-1312

*Conference adjourned
to 2/13/15 at 2:30 P.M.
So ordered.
/s/ J. Koeltl
U.S.D.J.
1/14/15*

Re: *Oklahoma Police Pension and Retirement System v.
U.S. Bank National Association*, Case No. 1:11-cv-08066

Dear Judge Koeltl:

We write on behalf of Plaintiff Oklahoma Police Pension and Retirement System ("Oklahoma Police") and Defendant U.S. Bank National Association ("U.S. Bank," and together with Oklahoma Police, the "Parties") in the above-referenced case, regarding the Court's Order of January 6, 2015, scheduling a Conference on the motion for preliminary approval of the settlement for January 16, 2015 (ECF No. 110). Counsel for Plaintiff has a long-standing commitment in another court on that date. We have conferred with Counsel for Defendant, and the next dates on which both Parties are available are January 29 or January 30, 2015. Accordingly, we respectfully request that the Conference be adjourned until January 29 or January 30 (at any time). If the Court has any questions regarding scheduling, we are available.

Respectfully,
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

/s/ Max R. Schwartz

Max R. Schwartz

cc: All parties via ECF

NEW YORK        SCOTT+SCOTT ATTORNEYS AT LAW LLP        212-223-6444 VOICE
OHIO                    THE CHRYSLER BUILDING                   212 223 6334 FAX
CALIFORNIA       405 LEXINGTON AVENUE 40th FLOOR    SCOTTLAW@SCOTT-SCOTT COM
CONNECTICUT         NEW YORK, NY 10174-4099               WWW SCOTT-SCOTT COM