```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

OKLAHOMA POLICE PENSION AND
RETIREMENT SYSTEM,

                Plaintiff,

- against -

U.S. BANK NATIONAL ASSOCIATION,

                Defendant.

11 Cv. 8066 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

In view of the fact that the Court will be granting the motion for preliminary approval of settlement, the plaintiff's motion for class certification is **denied without prejudice to renewal**. The plaintiff's motion to file confidential materials in connection with the motion for class action certification is **granted**. Defense counsel's motion to appear pro hac vice, to the extent not already granted, is **granted**. **The Clerk is directed to close Docket Nos. 92, 93, and 98.**

SO ORDERED.

Dated:   New York, New York
         February 17, 2015

                                       John G. Koeltl
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/18/15