UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM,<br><br>     Plaintiff,<br><br>  - against -<br><br>U.S. BANK NATIONAL ASSOCIATION (as Trustee Under Various Pooling and Servicing Agreements),<br><br>Defendant. | Case No.: 1:11-cv-08066-JGK |

**NOTICE OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PROPOSED PLAN OF ALLOCATION**

PLEASE TAKE NOTICE that on July 24, 2015 at 2:30 p.m. at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York, Plaintiff will and hereby does move the Court, the Honorable John G. Koeltl, for an order granting Plaintiff's motion for final approval of class action settlement and the proposed plan of allocation.

This motion is based upon the accompanying memorandum of law, the accompanying Declaration of Class Counsel in support of Plaintiff's motion, the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on the motion.

Dated: June 15, 2015

Respectfully submitted,

**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**

<u>*\s\ Deborah Clark-Weintraub*</u>
Deborah Clark-Weintraub
Max Schwartz
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Tel.: (212) 223-6444
Fax: (212) 223-6334
Email: dweintraub@scott-scott.com
       mschwartz@scott-scott.com

*Counsel for Plaintiff Oklahoma Police Pension and Retirement System*