UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM,<br><br>                    Plaintiff,<br><br>         - against -<br><br>U.S. BANK NATIONAL ASSOCIATION (as Trustee Under Various Pooling and Servicing Agreements),<br><br>                    Defendant. | Case No.: 1:11-cv-08066-JGK |

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION FOR
THE NET SETTLEMENT FUND

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/24/15

This matter came before the Court for a hearing on July 24, 2015, on Plaintiff's motion to determine, among other things, whether the proposed Plan of Allocation for the Net Settlement Fund (the "Plan of Allocation") should be approved. The Court having considered Plaintiff's motion and all supporting and other related materials, including the matters presented at the July 24, 2015 hearing, and otherwise being fully informed in the proceedings; and due and adequate notice having been given to the Settlement Class as required by the Court's February 18, 2015 Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 116) (the "Preliminary Approval Order"); and with good cause appearing therefor:

NOW THE COURT FINDS, CONCLUDES AND ORDERS AS FOLLOWS:

1. This Order incorporates by reference the definitions in the Stipulation of Settlement dated as of December 17, 2014 (ECF No. 108-1) (the "Stipulation"), and all capitalized terms used, but not defined herein, shall have the same meanings as in the Stipulation.

2. This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all members of the Settlement Class.

3. Notice of Plaintiff's motion for approval of the Plan of Allocation was given to all Settlement Class members who could be identified with reasonable effort. The form and method of notifying the Settlement Class of the motion for approval of the Plan of Allocation satisfied the requirements of Federal Rule of Civil Procedure 23 and due process, and constituted the best and most reasonable notice practicable under the circumstances.

4. 1,356 copies of the Notice Packet, which included the Plan of Allocation, were disseminated to potential members of the Settlement Class or their nominees.

5. Having reviewed the Plan of Allocation, to which there were no objections, the Court hereby finds and concludes that the formula for the calculation of the claims of Claimants, as set forth in the Plan of Allocation, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund among members of the Settlement Class with due consideration having been given to administrative convenience and necessity.

6. The Court hereby finds and concludes that the Plan of Allocation is, in all respects, fair and reasonable to the Settlement Class. Accordingly, the Court hereby approves the Plan of Allocation proposed by Plaintiff.

7. There is no just reason for delay in the entry of this Order, and immediate entry by the Clerk of the Court is expressly directed.

IT IS SO ORDERED.

DATED: July 24, 2015

THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

2